FILED25 MAY '11 15:32USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| LACEY EDWARDS, | ) | Civil No. 10-1068-JO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | OPINION AND ORDER |
| | ) | |
| OTIS ELEVATOR COMPANY, | ) | |
| a New Jersey corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Marybeth Wosko
WELCH BRUNN & GREEN
River Forum I
4380 S.W. Macadam Avenue, Suite 120
Portland, OR 97239

   Attorney for Plaintiff

Jodie B. Ayura
Mark A. Hiefield
HIEFIELD FOSTER & GLASCOCK LLP
6915 S.W. Macadam Avenue, Suite 300
Portland, OR 97219

   Attorneys for Defendant

JONES, Judge:

The defendant's motion (#12) for summary judgment is denied. The plaintiff's cross-motion (#19) for partial summary judgment is denied.

Simply put, there is a factual dispute on the issue of liability that must be resolved by a trier of fact.

DATED this 25th day of May, 2011.

_____
ROBERT E. JONES
U.S. District Judge

2 - OPINION AND ORDER